UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
ELIZABETH NEAL,

                                  Civil Action No.
                                  1:14-cv-00361-JTC

                Plaintiff,

                                  **STIPULATION OF**
vs.                                   **VOLUNTARY DISMISSAL**


CREDIT PROTECTION ASSOCIATION, L.P.,


                Defendant.
-------------------------------------------------------------------

        Plaintiff Elizabeth Neal hereby voluntarily dismisses this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements or attorney's fees to either party as against the other.

        An executed faxed copy of this Stipulation shall be deemed the same as a signed original.

        This, the ___8th___ day of December 2014.


___/s/ Allison Polesky_____       _/s/ Concepcion Montoya_____
Allison Polesky, Esq.                       Concepcion Montoya, Esq.
Law Offices of Allison                   Hinshaw & Culbertson LLP
Polesky, P.C.                                      Attorneys for Defendants
Attorneys for Plaintiff                    800 Third Avenue
33 S. Service Rd.                           New York, NY  10022
Jericho, New York 11753-1036      (212) 471-6228
(516) 321-4220


DATED:  12/8/2014_____         DATED:  12/8/2014_____